■ The People of the State of New York, Respondent, v Lynn Henderson, Appellant. [908 NYS2d 282]—

Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered July 31, 2007. The judgment convicted defendant, upon a jury verdict, of burglary in the first degree and assault in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of one count of burglary in the first degree (Penal Law § 140.30 [2]) and two counts of assault in the second degree (§ 120.05 [2]). Contrary to defendant's contention with respect to count three of the indictment, we conclude that the evidence is legally sufficient to establish that the victim sustained a physical injury (*see* § 10.00 [9]; § 120.05 [2]; *People v Chiddick*, 8 NY3d 445, 447-448 [2007]). The evidence presented at trial established that defendant struck the victim repeatedly with a baseball bat, resulting in an injury to the victim's arm that caused the victim "more than slight or trivial pain" (*Chiddick*, 8 NY3d at 447). We further conclude that, when defendant moved for substitution of counsel, County Court made the requisite inquiry to determine whether defendant had good cause for substitution (*see People v Frayer*, 215 AD2d 862, 862-863 [1995], *lv denied* 86 NY2d 794 [1995]). The record establishes that "the court afforded defendant the opportunity to express his objections concerning his . . . attorney, and the court thereafter reasonably concluded that defendant's . . . objections had no merit or substance" (*People v Singletary*, 63 AD3d 1654 [2009], *lv denied* 13 NY3d 839 [2009] [internal quotation marks omitted]; *see People v Reese*, 23 AD3d 1034,

1035 [2005], *lv denied* 6 NY3d 779 [2006]). Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.